BTXN 177 (rev. 10/05)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Timothy William Woody<br>Rebecca Ruth Woody<br>Debtor(s) | §<br>§<br>§<br>§ | Case No.: 09–35456–bjh7<br>Chapter No.: 7 |

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

- ☐ Debtor has not certified that all domestic support obligations due have been paid.

- ☐ Debtor has not filed required certification and motion for entry of Chapter 13 Discharge

DATED: 11/30/09

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/Brittany Fickling, Deputy Clerk